United States Bankruptcy Court for the:

Western District of Missouri

Case number (*If known*): _____

Chapter you are filing under:
- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Metro Christian Fellowship, Inc. of Kansas City | |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 48-0961246 | |
| 4. **Debtor's address** | **Principal place of business**<br><br>2217 High Grove Rd<br>Number    Street<br><br>_____<br><br>Grandview       MO     64030<br>City             State    ZIP Code<br><br>Jackson County<br>County | **Mailing address, if different from principal place of business**<br><br>PO Box 738<br>Number    Street<br><br>_____<br>P.O. Box<br><br>Grandview       MO     64030<br>City             State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number    Street<br><br>_____<br>City             State    ZIP Code |
| 5. **Debtor's website** (URL) | https://metro-kc.org/ | |
| 6. **Type of debtor** | [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>[ ] Partnership (excluding LLP)<br>[ ] Other. Specify: _____ | |

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 1

Debtor  Metro Christian Fellowship, Inc. of Kansas City    Case number (*if known*)_____
      Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☑ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>8661 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply*:<br>  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☑ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                                                          MM / DD / YYYY<br>        District _____ When _____ Case number _____<br>                                                          MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____ Relationship _____<br>        District _____ When _____<br>                                     MM / DD / YYYY<br>        Case number, if known _____ |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

Debtor  Metro Christian Fellowship, Inc. of Kansas City            Case number *(if known)*_____
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number    Street<br>_____<br>_____<br>City        State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000<br>☐ 50-99    ☐ 5,001-10,000    ☐ 50,001-100,000<br>☐ 100-199    ☐ 10,001-25,000    ☐ More than 100,000<br>☐ 200-999 |
| **15. Estimated assets** | ☑ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor    Metro Christian Fellowship, Inc. of Kansas City
          Name

Case number (*if known*)_____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/06/2020
             MM / DD / YYYY

✘ /s/ Mathew A Bachtold
Signature of authorized representative of debtor

Mathew A Bachtold
Printed name

Title  Lead Pastor

**18. Signature of attorney**

✘ /s/ Larry Pittman
Signature of attorney for debtor

Date  05/06/2020
      MM / DD / YYYY

Larry Pittman
Printed name

Conroy Baran
Firm name

1316 Saint Louis Avenue 2nd FL
Number    Street

Kansas City               MO          64101
City                      State       ZIP Code

816-210-9680              lpittman@conroybaran.com
Contact phone             Email address

55146                     MO
Bar number                State

**Fill in this information to identify the case:**

Debtor name __Metro Christian Fellowship, Inc. of Kansas City__

United States Bankruptcy Court for the: __Western District of Missouri__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals       12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* .................................................................................................................... $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* .................................................................................................................. $ 5,500.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* .................................................................................................................... $ 5,500.00

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .............................. $ 5,732.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................................... $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*........................... +$ 209,482.00

4. **Total liabilities**................................................................................................................................................ $ 215,214.00
   Lines 2 + 3a + 3b

Official Form 206Sum            **Summary of Assets and Liabilities for Non-Individuals**            page 1

Abundance Investments LLC
7402 E. 126th Street
Grandview, MO 64030

American Waste Systems
11610 Grandview Road
Kansas City, 64137

Attorney General, Main Justice Building
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Chase Bank Visa
PO Box 15298
Wilmington, 19850-5298

Evergy Electric
PO Box 219330
Kansas City, 64121

Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346

Jackson County Collector
415 E. 12th Street
Suite 11
Kansas City, MO 64106

Jackson County Water Dist. #1
13015 15th Street
Grandview, MO 64030

K.C. MANAGEMENT LLC
12965 LORING DRIVE
Bonner Springs, KS 66012

K.C. Management, LLC
14204 MISSION RD
Shawnee Mission, KS 66224

Lynn Edwin Trent
18811 Sunrise Drive
Belton, MO 64012

Mary A. Sparling
13115 15th Street
Grandview, MO 64030

Mathew A. Bachtold
20810 S Barker Road
Spring Hill, KS 66083

Ring Central Phones
20 Davis Drive
Belmont, CA 94002

Ryan J. Rosser
10637 College Avenue
Kansas City, MO 64137

Sam's Club / Synchrony Bank Mastercard
PO Box 965060
Orlando, FL 32896-5060

Spectrum Internet
c/o Time Warner Cable
PO Box 1104
Carol Stream, IL 60132-1104

Spire Gas
Drawer 2
Saint Louis, MO 63171

U.S. Attorney, Western District of Missouri
Attn: Bankruptcy Processing Clerk
400 East 9th Street, Room 5510
Kansas City, MO 64106

Verizon
PO Box 489
Newark, NJ 07101-0489

United States Bankruptcy Court
Western District of Missouri

In re: Metro Christian Fellowship, Inc. of Kansas City

Case No.

Chapter 11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 05/06/2020

/s/ Mathew A Bachtold
Signature of Individual signing on behalf of debtor

Lead Pastor
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: Metro Christian Fellowship, Inc. of Kansas City

United States Bankruptcy Court for the: Western District of Missouri

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | K.C. MANAGEMENT LLC<br>12965 LORING DRIVE<br>Bonner Springs, KS, 66012 | | LEASE TO BE REJECTED | Disputed | | | 174,552.84 |
| 2 | Sam's Club / Synchrony Bank Mastercard<br>PO Box 965060<br>Orlando, FL, 32896-5060 | | Credit Card Debt | | | | 22,039.47 |
| 3 | Chase Bank Visa<br>PO Box 15298<br>Wilmington, 19850-5298 | | Credit Card Debt | | | | 12,889.69 |
| 4 | Awar 3<br>PO Box 26766<br>Kansas City, MO, 64196 | | Utility Services | | | | 0.00 |
| 5 | Verizon<br>PO Box 489<br>Newark, NJ, 07101-0489 | | Utility Services | | | | 0.00 |
| 6 | Spectrum Internet<br>c/o Time Warner Cable<br>PO Box 1104<br>Carol Stream, IL, 60132-1104 | | Utility Services | | | | 0.00 |
| 7 | Mary A. Sparling<br>13115 15th Street<br>Grandview, MO, 64030 | | EMPLOYEE TO BE PAID IN FULL UPON ENTRY OF ORDER GRANTING PAYMENT OF PREPETITION WAGES | | | | 0.00 |
| 8 | Ryan J. Rosser<br>10637 College Avenue<br>Kansas City, MO, 64137 | | EMPLOYEE TO BE PAID IN FULL UPON ENTRY OF ORDER GRANTING PAYMENT OF PREPETITION WAGES | | | | 0.00 |

| Debtor | Metro Christian Fellowship, Inc. of Kansas City | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Mathew A. Bachtold<br>20810 S Barker Road<br>Spring Hill, KS, 66083 | | EMPLOYEE TO BE PAID IN FULL UPON ENTRY OF ORDER GRANTING PAYMENT OF PREPETITION WAGES | | | | 0.00 |
| 10 | Spire Gas<br>Drawer 2<br>Saint Louis, MO, 63171 | | Utility Services | | | | 0.00 |
| 11 | Ring Central Phones<br>20 Davis Drive<br>Belmont, CA, 94002 | | Utility Services | | | | 0.00 |
| 12 | Jackson County Water Dist. #1<br>13015 15th Street<br>Grandview, MO, 64030 | | Utility Services | | | | 0.00 |
| 13 | Evergy Electric<br>PO Box 219330<br>Kansas City, 64121 | | Utility Services | | | | 0.00 |
| 14 | American Waste Systems<br>11610 Grandview Road<br>Kansas City, 64137 | | Utility Services | | | | 0.00 |
| 15 | Attorney General, Main Justice Building<br>950 Pennsylvania Avenue NW<br>Washington, DC, 20530-0001 | | NOTICE ONLY | | | | 0.00 |
| 16 | U.S. Attorney, Western District of Missouri<br>Attn: Bankruptcy Processing Clerk<br>400 East 9th Street, Room 5510<br>Kansas City, MO, 64106 | | NOTICE ONLY | | | | 0.00 |
| 17 | Jackson County Collector<br>415 E. 12th Street<br>Suite 11<br>Kansas City, MO, 64106 | | NOTICE ONLY | | | | 0.00 |
| 18 | Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA, 19101-7346 | | NOTICE ONLY | | | | 0.00 |
| 19 | Abundance Investments LLC<br>7402 E. 126th Street<br>Grandview, MO, 64030 | | LEASE TO BE ASSUMED | | | | 0.00 |
| 20 | | | | | | | |

Official Form 204         **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**         page 2